AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

BBQUARE CORPORATION

## SUMMONS IN A CIVIL CASE

**V.**

DATA EVOLUTION CORPORATION

CASE NUMBER:    0 5    8 8 6

TO: (Name and address of Defendant)

Data Evolution Corporation
c/o DCG Services, LLC
300 Martin Luther King Blvd.
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite210
Wilmington, DE  19805

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

### PETER T. DALLEO

_____        ____12/28/05____
CLERK                                    DATE

_E. Stucker_
(By) DEPUTY CLERK

AO 440  (Rev. 8/01)   Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** 12/27/2005 @ 4:15 p.m. |
| NAME OF SERVER *(PRINT)* **Carmen J. Verderamo** | TITLE **Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving     **Judy Keiser, registered agent, c/o DCG Services, LLC, 300 Martin Luther King Boulevard, Wilmington, DE 19801**

**42, F, W, 5'6", 140 pounds, brown hair, yes glasses**

[] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[] Returned unexecuted:

[] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/3/2006__
       Date

*Carmen J. Verderamo*
Carmen J. Verderamo

**O'ROURKE INVESTIGATIVE ASSOCIATES, INC.**
**1225 King Street, Suite 400**
**P. O. Box 368**
**Wilmington, DE  19899-0368**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure