IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BSQUARE CORPORATION, )<br>)<br>Plaintiff, )<br>vs. )<br>) Civil Action No. 05-886-JJF<br>)<br>DATA EVOLUTION CORPORATION )<br>)<br>Defendant. ) | |

### DEFENDANT/COUNTERCLAIMANT'S DEMAND FOR TRIAL BY JURY

Pursuant to F.R.C.P. 38 and Local Rule 38.1, Defendant/Counterclaim Plaintiff Data Evolution, Inc. hereby demands a trial by jury of all causes of action to be tried in this case.

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
Michael Hanrahan (#941)
Bruce E. Jameson (#2931)
1310 King Street
P.O. Box 1328
Wilmington, DE  19899
TEL: (302) 888-6500
bejameson@prickett.com
*Attorneys for Defendant/Counterclaim Plaintiff Data Evolution, Inc.*

DATED: February 24, 2006

19712.1\298316v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I electronically filed **DEFENDANT/COUNTERCLAIMANT'S DEMAND FOR TRIAL BY JURY** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jonathan L. Parshall
> Murphy Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805`

Attorneys for Plaintiff BSQUIRE Corporation

Bruce E. Jameson (Bar I.D. #2931)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
bejameson@prickett.com