# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

JONATHAN L. PARSHALL
DIRECT DIAL: (302) 472-8106
E-MAIL: JONP@MSLLAW.COM

February 27, 2006

**BY HAND DELIVERY & E-FILE**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, DE 19801

    Re: <u>Bsquare Corporation v. Data Evolution Corporation</u>
        C.A. No.: 05-886 JJF

Dear Judge Farnan:

I have enclosed a proposed form of Scheduling Order. I can represent that the deadlines, etc., set forth in the proposed Order have been agreed by the parties.

                      Respectfully,

                      Jonathan L. Parshall

cc:    Dr. Peter T. Dalleo, Clerk (by hand delivery & e-file)
       Bruce E. Jameson, Esq. (by hand delivery & e-file)

00072689