IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BSQUARE CORPORATION,<br><br>       Plaintiff,<br>vs.<br><br>DATA EVOLUTION CORPORATION<br><br>       Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-cv-00886-JJF<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, the undersigned counsel for defendant, do hereby certify that on the 20th day of March, 2006, I caused a copy of **Defendant's Initial Disclosures Pursuant to F.R.C.P. 26,** to be served upon the following counsel by email:

    jonp@msllaw.com
    Jonathan L. Parshall
    Murphy Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE 19805

                      PRICKETT, JONES & ELLIOTT, P.A.

                      By: _____
                      Michael Hanrahan (#941)
                      Bruce E. Jameson (#2931)
                      J. Clayton Athey (#4378)
                      1310 King Street
                      P.O. Box 1328
                      Wilmington, DE 19899
                      TEL: (302) 888-6500
                      bejameson@prickett.com
                      *Attorneys for Defendant, Data Evolution Corporation*

DATED: March 21, 2006

19712.1\300069v1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2006, I electronically filed **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Jonathan L. Parshall
>Murphy Spadaro & Landon
>1011 Centre Road, Suite 210
>Wilmington, DE 19805

_____
Bruce E. Jameson (Bar I.D. #2931)