IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BSQUARE CORPORATION | § § § | |
| Plaintiff, | § § | C.A. No. 05-886-JJF |
| v. | § § | |
| DATA EVOLUTION CORPORATION | § § § | |
| Defendant. | § § § § | |

**NOTICE OF SERVICE OF INITIAL DISCLOSURES**

PLEASE TAKE NOTICE that Bsquare Corporation Initial Disclosures were served via e-mail and hand delivery on this 27th day of March 2006 upon:

Bruce E. Jameson, Esq.
Prickett Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

                                                    Respectfully submitted,

                                                    /s/ Jonathan L. Parshall
                                                    Jonathan L. Parshall, ID # 3247
                                                    MURPHY SPADARO & LANDON
                                                    1011 Centre Road, Suite 210
                                                    Wilmington, Delaware 19805
                                                    Telephone: (302) 472-8106
                                                    Facsimile: (302) 472-8135
                                                    e-mail: jonp@msllaw.com
                                                    Attorneys for Plaintiff
                                                    BSQUARE Corporation

Date: March 27, 2006

206006/7032.5261

-1-

## CERTIFICATE OF SERVICE

I, Jonathan L. Parshall, do hereby certify that on this 27th day of March 2006, I electronically filed **NOTICE OF SERVICE OF INITIAL DISCLOSURES** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Bruce E. Jameson, Esq.
Prickett Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

/s/ Jonathan L. Parshall
Jonathan L. Parshall, ID # 3247
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: (302) 472-8106
Facsimile: (302) 472-8135
e-mail: jonp@msllaw.com
Attorneys for Plaintiff
BSQUARE Corporation