IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BSQUARE CORPORATION | § § § | |
| Plaintiff, | § § | C.A. No. 05-886-JJF |
| v. | § § | |
| DATA EVOLUTION CORPORATION | § § | |
| Defendant. | § § § | |

**NOTICE OF SERVICE OF INITIAL DISCLOSURES**

PLEASE TAKE NOTICE that Bsquare Corporation's First Set of Requests for Production of Documents and First Set of Interrogatories were served via e-mail and hand delivery on this 17th day of April 2006 upon:

Bruce E. Jameson, Esq.
Prickett Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Respectfully submitted,

/s/ Jonathan L. Parshall
Jonathan L. Parshall, ID # 3247
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: (302) 472-8106
Facsimile: (302) 472-8135
e-mail: jonp@msllaw.com
Attorneys for Plaintiff
BSQUARE Corporation

Date: April 17, 2006

## CERTIFICATE OF SERVICE

I, Jonathan L. Parshall, do hereby certify that on this 17th day of April 2006, I electronically filed **NOTICE OF SERVICE OF FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Bruce E. Jameson, Esq.
Prickett Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

/s/ Jonathan L. Parshall
Jonathan L. Parshall, ID # 3247
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: (302) 472-8106
Facsimile: (302) 472-8135
e-mail: jonp@msllaw.com
Attorneys for Plaintiff
BSQUARE Corporation