IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BSQUARE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 05-cv-00886-JJF |
| | ) | |
| DATA EVOLUTION CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, the undersigned counsel for defendant, do hereby certify that on the 1st day of May, 2006, I caused a copy of **Data Evolution Corporation's First Set of Interrogatories Directed to Bsquare Corporation and First Request for Production of Documents Directed to Bsquare Corporation**, to be served upon the following counsel by email:

> jonp@msllaw.com
> Jonathan L. Parshall
> Murphy Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
Michael Hanrahan (#941)
Bruce E. Jameson (#2931)
J. Clayton Athey (#4378)
1310 King Street
P.O. Box 1328
Wilmington, DE  19899
TEL: (302) 888-6500
bejameson@prickett.com
*Attorneys for Defendant, Data Evolution Corporation*

DATED: May 1, 2006