## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006, I electronically filed the attached **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>VIA ESERVICE
>Jonathan L. Parshall, Esquire
>Murphy Spadaro & Landon
>1011 Centre Road, Suite 210
>Wilmington, DE 19805

_____
Bruce E. Jameson (Bar I.D. #2931)

19712.1\302623v1