IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BSQUARE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 05-cv-00886-JJF |
| | ) |
| DATA EVOLUTION CORPORATION | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, the undersigned counsel for defendant, do hereby certify that on the 26th day of May, 2006, I caused a copy of **Defendant's Responses and Objections to First Set of Interrogatories and Defendant's Responses and Objections to First Set of Requests for Production**, to be served upon the following counsel by hand delivery:

> Jonathan L. Parshall
> Murphy Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805
> jonp@msllaw.com

> PRICKETT, JONES & ELLIOTT, P.A.
>
> By: _____
> Michael Hanrahan (#941)
> Bruce E. Jameson (#2931)
> J. Clayton Athey (#4378)
> 1310 King Street
> P.O. Box 1328
> Wilmington, DE 19899
> TEL: (302) 888-6500
> bejameson@prickett.com
> *Attorneys for Defendant, Data Evolution Corporation*

DATED: May 30, 2006

19712.1\304830v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I electronically filed the attached **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>VIA ESERVICE
>Jonathan L. Parshall, Esquire
>Murphy Spadaro & Landon
>1011 Centre Road, Suite 210
>Wilmington, DE 19805

_____
Bruce E. Jameson (Bar I.D. #2931)

19712.1\304830v1