IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BSQUARE CORPORATION  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>DATA EVOLUTION CORPORATION  §<br>§<br>Defendant.  §<br>§<br>§ | C.A. No. 05-886-JJF |

**NOTICE OF SERVICE OF PLAINTIFF BSQUARE CORPORATION'S RESPONSES
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

     PLEASE TAKE NOTICE that Plaintiff Bsquare Corporation's Responses to Data Evolution's First Set of Interrogatories were served by mail on this 9th day of June 2006 upon:

Bruce E. Jameson, Esq.
Prickett Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

          Respectfully submitted,

          /s/ Jonathan L. Parshall
          Jonathan L. Parshall, ID # 3247
          MURPHY SPADARO & LANDON
          1011 Centre Road, Suite 210
          Wilmington, Delaware 19805
          Telephone: (302) 472-8106
          Facsimile: (302) 472-8135
          e-mail: jonp@msllaw.com
          Attorneys for Plaintiff
          BSQUARE Corporation

Date: June 9, 2006

## CERTIFICATE OF SERVICE

      I, Jonathan L. Parshall, do hereby certify that on this 9th day of June 2006, I electronically filed **NOTICE OF SERVICE OF PLAINTIFF BSQUARE CORPORATION'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Bruce E. Jameson, Esq.
Prickett Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

                                                        /s/ Jonathan L. Parshall
                                                        Jonathan L. Parshall, ID # 3247
                                                        MURPHY SPADARO & LANDON
                                                        1011 Centre Road, Suite 210
                                                       Wilmington, Delaware 19805
                                                       Telephone: (302) 472-8106
                                                       Facsimile: (302) 472-8135
                                                       e-mail: jonp@msllaw.com
                                                       Attorneys for Plaintiff
                                                       BSQUARE Corporation