IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BSQUARE CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| | § | C.A. No. 05-886-JJF |
| v. | § | |
| | § | |
| DATA EVOLUTION CORPORATION | § | |
| | § | |
| Defendant. | § | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Martin S. Lessner and the firm of Young Conaway Stargatt & Taylor, LLP hereby enters its appearance in the above-captioned matter as substitute counsel for plaintiff Bsquare Corporation, and that Jonathan L. Parshall and the firm of Murphy Spadaro & Landon hereby withdraw their appearances.

Dated: Wilmington, Delaware
September 7, 2006

YOUNG CONAWAY STARGATT
& TAYLOR LLP

/s/ Martin S. Lessner
Martin S. Lessner (ID No. 3109)
Richard M. Morse (ID No. 531)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlessner@ycst.com
      rmorse@ycst.com
Substitute Counsel for Bsquare Corporation

OF COUNSEL:
Philip S. McCune
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
(206) 676-7000

MURPHY SPADARO & LANDON

/s/ Jonathan L. Parshall
Jonathan L. Parshall (ID No. 3247)
1011 Centre Road
Suite 210
Wilmington, DE 19805
Tel: (302) 472-8106
Fax: (302) 472-8135
Email: jonp@msllaw.com

Withdrawing Counsel for Bsquare Corporation

## CERTIFICATE OF SERVICE

I, Martin S. Lessner, do hereby certify that on this 7th day of September 2006, I electronically filed **SUBSTITUTION OF COUNSEL** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Bruce E. Jameson, Esq.
Prickett Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, Delaware 19805

_____
Martin S. Lessner (ID No. 3109)