IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BSQUARE CORPORATION | § § § | |
| Plaintiff, | § § | C.A. No. 05-886-JJF |
| v. | § § | |
| DATA EVOLUTION CORPORATION | § § § | |
| Defendant. | § § | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Philip S. McCune to represent the plaintiff in this matter. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ 
Martin S. Lessner (ID No. 3109)
Richard H. Morse (ID No. 531)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: mlessner@ycst.com
rmorse@ycst.com

Dated: September 7, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Philip S. McCune, is GRANTED.

Date: _____, 2006

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of Washington, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: August 31, 2006

_____
Philip S. McCune
**SUMMIT LAW GROUP PLLC**
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
(206) 676-7000

## CERTIFICATE OF SERVICE

I, Martin S. Lessner, hereby certify that on September 7, 2006, I caused to be electronically filed a true and correct copy of the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Bruce E. Jameson, Esquire
    Prickett Jones & Elliott, P.A.
    1310 King Street
    P.O. Box 1328
    Wilmington, DE 19899

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Martin S. Lessner
    _____
    Martin S. Lessner ((ID No. 3109)
    Richard H. Morse (ID No. 531)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    (302) 571-6600
    mlessner@ycst.com

    *Attorneys for Plaintiff BSquare Corporation*