IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BSQUARE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-886-JJF |
| v. | ) | |
| | ) | |
| DATA EVOLUTION CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 13, 2006, copies of (i) Plaintiff's Second Set of Requests for Production of Documents Directed to Defendant, (ii) Plaintiff's Second Set of Interrogatories Directed to Defendant, and (iii) this Notice of Service were caused to be served upon the following counsel of record as indicated below:

BY HAND DELIVERY

Bruce E. Jameson, Esquire
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Additionally, the undersigned further certifies that on October 13, 2006, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Martin S. Lessner
_____
Martin S. Lessner (No. 3109)
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
320-571-6600
mlessner@ycst.com
rmorse@ycst.com

Dated: October 13, 2006