# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

BSQUARE CORPORATION,                    :
                                        :
                    Plaintiff,          :
                                        :
        v.                              :    Civil Action No. 05-886-JJF
                                        :
DATA EVOLUTION CORPORATION,             :
                                        :
                    Defendant.          :

## <u>ORDER</u>

At Wilmington this **31st day of October, 2006**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, November 1, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE