Writer's Direct Dial:
(302)888-6532
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
BEJameson@prickett.com

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

October 31, 2006

**VIA E-FILING AND**
**HAND DELIVERY**

The Honorable Mary Pat Thynge
U.S. District Court
844 North Kking Street
Wilmington, DE 19801

    Re: <u>BSquare Corp. v. Data Evolution Corp.; 05-cv-886-JJF</u>

Dear Magistrate Thynge:

    We represent the defendant, Data Evolution Corporation, and submit this letter with the concurrence of counsel to the plaintiff, BSquare Corporation. The parties to this action entered into a settlement agreement late last night resolving all outstanding claims between them. Therefore, the parties request that the mediation conference scheduled for tomorrow (November 1) be removed from the Court's calendar.

    Counsel is available if Your Honor has any questions.

                                              Respectfully,

                                              Bruce E. Jameson
                                              (Bar No. 2931)

BEJ/sam

cc: Martin S. Lessner, Esq. (e-service)

19712.1\318378v1