IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BSQUARE CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>v.<br><br>DATA EVOLUTION CORPORATION,<br><br>        Defendant. | Civil Action No. 05-cv-886-JJF |

**STIPULATION AND ORDER OF DISMISSAL**

      Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed, by and among counsel for the parties and subject to Court approval, that the above-captioned action, including all claims and counterclaims, is hereby dismissed in its entirety and with prejudice, each party to bear its own fees and costs.

Stipulated and agreed:

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **PRICKETT, JONES & ELLIOTT, P.A.** |
| /s/ Martin S. Lessner<br>Martin S. Lessner (No. 3109)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>*Counsel for Plaintiff BSQUARE Corporation* | /s/ Bruce E. Jameson<br>Bruce E. Jameson (No. 2931)<br>1310 King Street<br>P. O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>*Counsel for Defendant Data Evolution Corporation* |

      IT IS SO ORDERED, this _____ day of _____, 2006.

_____
The Honorable Joseph J. Farnan, Jr.,
United States District Court Judge

19712.1\318330v1